| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Eboni M. Armour–Fraley** | Social Security number or ITIN  xxx–xx–3145 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | Date case filed for chapter  **13**  **10/7/19** |
| Case number:  **19–28445** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eboni M. Armour–Fraley | |
| 2. | **All other names used in the last 8 years** | aka Eboni Armour | |
| 3. | **Address** | 9199 S Burnside<br>Chicago, IL 60619 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/8/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 6, 2019 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/6/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/16/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/6/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/5/19** at **10:00 AM**, Location: **219 South Dearborn, Courtroom 619, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                              Case No. 19-28445-DRC
Eboni M. Armour-Fraley                                              Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina                Page 1 of 2          Date Rcvd: Oct 08, 2019
                              Form ID: 309I                Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db             +Eboni M. Armour-Fraley,    9199 S Burnside,    Chicago, IL 60619-7359
28268523       +Ahela/glelsi,   Po Box 7860,    Madison, WI 53707-7860
28268526       +Bruckert Gruenke Long, Pc,    201 East Hanover,    New Baden, IL 62265-1811
28268527       +CB/Express,   PO Box 337003,    NorthGlenn, CO 80233-7003
28268529      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,   COLUMBUS OH 43220-3662
                (address filed with court: Choicerecov,     1550 Old Henderson Road,    Columbus, OH 43220)
28268530       +Christ Hospital,   PO Box 23860,    Belleville, IL 62223-0860
28268531        City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                 Chicago, IL 60680-1292
28268532       +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
28268533       +City of Chicago Water Division,    121 N LaSalle St.,    Suite 400,   Chicago, IL 60602-1264
28268534       +Consumer Portfolio Svc,    19500 Jamboree Rd,    Irvine, CA 92612-2411
28268536        Cook County Treasurer,    PO Box 4488,   Carol Stream, IL 60197-4488
28268537        Cook County Treasurer,    PO Box 4468,   Carol Stream, IL 60197-4468
28268543        Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
28268544        Markoff Law LLC,    29 N Upper Wacker Dr,    # 1010,   Chicago, IL 60606
28268545       +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
28268552       +Opportunity Financial,    3201 Dallas Parkway,    Suite 700,   Frisco, TX 75034-9573
28268553       +Santander Consumer Usa,    Po Box 961211,    Fort Worth, TX 76161-0211
28268554       +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
                 Springfield, IL 62723-1000
28268555       +Secretary of State License Renewal,    17 N State,    Suite 1100,   Chicago, IL 60602-3561
28268558       +Target NB,   CCS Gray OPS Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
28268560        Trinity Christian College,    6601 W. College Dr.,    Palos Heights, IL 60463-0929
28268561       +WOW Cable Company,    825 East 99th Street,    Chicago, IL 60628-1526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Oct 09 2019 02:57:44      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL   60090
tr             +E-mail/Text: bncnotice@tomvaughntrustee.com Oct 09 2019 03:02:08      Tom Vaughn,
                 55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 09 2019 03:00:17      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
28268524       +EDI: PHINHARRIS Oct 09 2019 06:18:00      Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28268525       +E-mail/Text: bankruptcies@banfield.net Oct 09 2019 03:01:57      Banfield Pet Hospital,
                 Bankruptcy Department,    PO Box 13998,   Portland, OR 97213-0998
28268535       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 09 2019 03:01:20      Cook County Treasurer,
                 118 N. Clark St., Room 112,    Chicago, IL 60602-1590
28268538        E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 09 2019 03:01:20
                 Cook County Treasurer’s Office,    Legal Department,    118 North Clark Street, Room 112,
                 Chicago, IL 60602-1332
28268539       +EDI: CMIGROUP.COM Oct 09 2019 06:08:00      Credit Management Lp,    6080 Tennyson Parkway,
                 Plano, TX 75024-6002
28268540       +EDI: RCSFNBMARIN.COM Oct 09 2019 06:08:00      Credit One,   Bankrupcty Department,
                 PO Box 98873,   Las Vegas, NV 89193-8873
28268540       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 09 2019 03:27:57      Credit One,
                 Bankrupcty Department,    PO Box 98873,   Las Vegas, NV 89193-8873
28268541       +E-mail/Text: electronicbkydocs@nelnet.net Oct 09 2019 03:00:54      Dept Of Education/neln,
                 Po Box 82561,   Lincoln, NE 68501-2561
28268542       +EDI: IIC9.COM Oct 09 2019 06:19:00      I.c. System, Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
28268546       +EDI: NAVIENTFKASMSERV.COM Oct 09 2019 06:08:00      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
28268547       +E-mail/Text: netcreditbnc@enova.com Oct 09 2019 03:02:44      Nc Financial,    175 W Jackson Blvd,
                 Chicago, IL 60604-2615
28268548       +E-mail/Text: electronicbkydocs@nelnet.net Oct 09 2019 03:00:54      Nelnet Lns,    Po Box 82561,
                 Lincoln, NE 68501-2561
28268549        E-mail/Text: bknick@nicfn.com Oct 09 2019 03:00:01      Nicholas Financial Inc,    2454 Mcmullen,
                 Clearwater, FL 33759
28268550       +EDI: AGFINANCE.COM Oct 09 2019 06:08:00      ONEMAIN,   Bankruptcy Department,    PO Box 1010,
                 Evansville, IN 47706-1010
28268551       +E-mail/Text: opportunitynotices@gmail.com Oct 09 2019 03:01:53      Oppity Fin,    11 E. Adams,
                 Chicago, IL 60603-6301
28268556        EDI: RMSC.COM Oct 09 2019 06:08:00      SYNCB/Care Credit,   Bankruptcy Department,
                 PO Box 965061,   Orlando, FL 32896-5061
28268557        EDI: RMSC.COM Oct 09 2019 06:08:00      Synchrony Bank,   Attn: Bankruptcy Dept.,
                 PO Box 965060,   Orlando, FL 32896-6060
28268559       +EDI: WTRRNBANK.COM Oct 09 2019 06:08:00      Target NB,   Attn:Bankruptcy Dept.,   PO Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 21
```

```
District/off: 0752-1          User: nmolina           Page 2 of 2           Date Rcvd: Oct 08, 2019
                              Form ID: 309I           Total Noticed: 42
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28268528        Charleston Hendrichs
                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
         David M Siegel    on behalf of Debtor 1 Eboni M. Armour-Fraley davidsiegelbk@gmail.com,
          R41057@notify.bestcase.com;johnellmannlaw@gmail.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                       TOTAL: 3
```