# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____Eboni M. Armour-Fraley_____   Case No. __19-28445__   Chapter __13__

All Cases: Moving Creditor _____Consumer Portfolio Services, Inc._____   Date Case Filed __10/07/2019__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____   or Date Plan Confirmed __1/9/2020__

Chapter 7: ☐ No-Asset Report Filed on _____
  ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car   Year, Make, and Model __2015 Chrysler 200__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ __18,370.50__
   Total of all other Liens against Collateral $ __18,370.50__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ __10,400.00__

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____   Amount $ __2,541.06__

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __3__   Amount $ __2,729.91__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i.   ☑ No insurance
      ii.  ☐ Taxes unpaid   Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __1/24/2020__                                    __David J. Turiciano__
                                                       Counsel for Movant

(Rev. 12/21/09)