UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-28445 |
|---|---|---|
| Eboni M. Armour-Fraley, | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| Debtor(s) | ) | |

**ORDER GRANTING RELIEF FROM STAY & CO-DEBTOR STAY**

The above matter having come the before the Court on the Motion of Consumer Portfolio Services, Inc., ("CPS") for relief from the automatic stay; and no objection to the relief requested having been sustained; and the Court having been duly advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT: CPS is granted relief from the automatic stay and co-debtor stay as to Eboni M. Armour-Fraley in order for CPS to liquidate its interest in one (1) 2015 Chrysler 200 VIN 1C3CCCAB6FN621250 (the "Vehicle"). CPS is hereby granted leave to file a Proof of Claim in the above captioned matter for any deficiency remaining subsequent to liquidation of the Vehicle. This Order shall be effective immediately upon entry and the 14-day waiting period of Fed. R. Bankr. P. 4001(a)(3) shall not apply.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 13, 2020

**Prepared by:**

TURICIANO LAW S.C.
626 W. Moreland Blvd.
Waukesha, WI 53188
DavidTuriciano@gmail.com
P 414 559 2406
F 855 559 2406